OPINION — AG — ** DOMESTICATION OF FOREIGN BANK ** A FOREIGN BANK MAY BE DOMESTICATED IN THE STATE OF OKLAHOMA FOR A LIMITED PURPOSE TO CONDUCT NON BANKING BUSINESS AS DETERMINED BY THE OKLAHOMA OF BANKING BUT IT MAY NOT INCLUDE THE WORD "BANK" OR "SAVING BANK" IN ITS NAME WHILE CONDUTING SUCH ACTIVITIES IN THE STATE OF OKLAHOMA. (OKLAHOMA BUSINESS CORPORATION, BANKING CODE) CITE: 18 O.S. 1.1 [18-1.1], 18 O.S. 1.250 [18-1.250], 6 O.S. 1 [6-1] [6-1], 18 O.S. 1.9 [18-1.9], 6 O.S. 301 [6-301], 18 O.S. 1.9 [18-1.9], ARTICLE XIV, SECTION 1, 6 O.S. 1401 [6-1401] 6 O.S. 102 [6-102], 18 O.S. 1.199 [18-1.199], 6 O.S. 715 [6-715] [6-715] (JAMES R. BARNETT)